1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES CASTON, et al., | 2:07-CV-489 JCM (LRL) |
| Plaintiff, | |
| v. | Date:        N/A |
| | Time:        N/A |
| MEXICO PRESIDENT, et al., | |
| Defendants. | |

**ORDER**

Presently before the court is the findings and recommendations (#2) of United States Magistrate Judge Leavitt recommending that plaintiff's complaint be dismissed based on an indisputably meritless legal theory and frivolousness. On April 13, 2007, plaintiff filed a complaint against defendant, Mexico President, among others (#1). On June 14, 2007, Magistrate Judge Leavitt submitted his findings and recommendations to dismiss the complaint with prejudice (#2) under 18 U.S.C. § 1915(e), as legally "frivolous or malicious." 18 U.S.C. § 1915(e). No objections have been filed.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Leavitt's findings and recommendations (#2) be, and the same hereby are, AFFIRMED in their entirety. The clerk shall enter judgment accordingly.

DATED this 13th day of July, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

- 2 -